# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO ALTAMIRANO-BARRETO,<br><br>Defendant | Case No. 20-CR-739-MMA<br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the material witness complaints shall be dismissed against Salvador Zalzar-Pelayo, Carlos Enrique Vargas-Mancias, and Miguel Angel Andrade-Espino, without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Material Witness Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: March 16, 2020

_____
HON. BARBARA L. MAJOR
UNITED STATES
MAGISTRATE JUDGE